IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
MAY 25 2022
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | INDICTMENT |
| ) | |
| Plaintiff, ) | CASE NO. 4:22 CR 256 |
| ) | |
| v. ) | Title 18, United States Code, |
| ) | Sections 111 and 1791 |
| TRUE KINNON, ) | |
| ) | JUDGE BRENNAN |
| Defendant. ) | |
| | MAG. JUDGE GREENBERG |

COUNT 1
(Assaulting Certain Officers of Employees, 18 U.S.C. § 111)

The Grand Jury charges:

1. On or about December 10, 2021, in the Northern District of Ohio, Eastern Division, Defendant TRUE KINNON, did knowingly, intentionally, and with physical contact forcibly assault, resist, oppose, impede, intimidate and interfere with a Correctional Officer at the Northeast Ohio Correctional Center, an individual designated in Title 18, United States Code, Section 1114, who was assisting officers and employees of the United States Marshal Service in the performance of their official duties, and while engaged in and on account of official duties, and did thereby inflict bodily injury, in violation of Title 18, United States Code, Section 111.

COUNT 2
(Possessing Contraband in Prison, 18 U.S.C. § 1791(a)(2))

The Grand Jury further charges:

2. On or about December 10, 2021, in the Northern District of Ohio, Eastern Division, Defendant TRUE KINNON, an inmate of the Northeast Ohio Correctional Center, a prison, institution, and facility in which persons are held in custody by direction of and pursuant

to a contract and agreement with the Attorney General, possessed a prohibited object, to wit: a weapon and object designed and intended to be used as a weapon, in violation of Title 18, United States Code, Section 1791(a)(2) and (b)(3).

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.